

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-15-00816-CV |
| Trial Court Cause Number: | 13-CV-0293 |
| Style: | The Landing Community Improvement Association |
| | **v** Paul T. Young |
| Date motion filed*: | November 13, 2017 |
| Type of motion: | Third Request for Extension to File Motion for Rehearing and En Banc Reconsideration |
| Party filing motion: | Appellee, Paul T. Young |
| Document to be filed: | Motion for Rehearing and En Banc Reconsideration |

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | September 22, 2017 |
| Number of previous extensions granted: | 1, with no further extensions absent extraordinary circumstances |
| Date Requested: | December 1, 2017 |

Ordered that motion is:

☒ Granted

    If document is to be filed, document due: <u>December 1, 2017</u>

    ☒ **The Court will not grant additional motions to extend time.**

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: <u>/s/ Terry Jennings</u>
        ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: <u>November 21, 2017</u>